**Dismissed and Opinion Filed September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00750-CV

### IN THE INTEREST OF D.C.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52388-04**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

In a letter dated August 7, 2018, the Court questioned its jurisdiction over this appeal. Specifically, appellant's notice of appeal reflects he is seeking to appeal the trial court's June 12, 2018 contempt order. We instructed appellant to file a letter brief addressing our jurisdictional concern. As of this date, appellant has not responded to our letter.

Courts of appeals lack jurisdiction to review contempt orders on direct appeal. *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.–Dallas 2007, no pet.). A party pursuing review of a contempt order involving confinement may file a petition for writ of habeas corpus; a party seeking review of a contempt order that does not involve confinement may file a petition for writ of mandamus. *Id*.

Because appellant's notice of appeal reflects he is challenging the trial court's contempt order, we lack jurisdiction over this appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180750F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.C.S., A CHILD

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-52388-04.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee Jill Denise Sutton recover her costs of this appeal from appellant Dennis Patrick Sutton.

Judgment entered September 6, 2018.